No. 90–1034.  COOKSEY v. COHEN, ASSISTANT GENERAL COUNSEL OF THE STATE BAR OF GEORGIA, ET AL.  C. A. 11th Cir.  Certiorari denied.

No. 90–1035.  QUANSAH v. CITY OF SAN JOSE, CALIFORNIA, ET AL.  C. A. 9th Cir.  Certiorari denied.

No. 90–1036.  ATKINSON ET AL. v. IHC HOSPITALS, INC., AKA INTERMOUNTAIN HEALTH CARE HOSPITALS, INC., ET AL.  Sup. Ct. Utah.  Certiorari denied.

No. 90–1048.  MALICK v. SANDIA CORP.  C. A. 9th Cir.  Certiorari denied.

No. 90–1051.  TRISTANI ET AL. v. EASTERN AIR LINES, INC., ET AL.  C. A. 11th Cir.  Certiorari denied.

No. 90–1053.  MEDICAL PROTECTIVE CO. v. BELL.  C. A. 8th Cir.  Certiorari denied.

No. 90–1057.  MCINTIRE v. MINNESOTA ET AL.  Ct. App. Minn.  Certiorari denied.

No. 90–1060.  HOLLIDAY v. CONSOLIDATED RAIL CORPORATION.  C. A. 3d Cir.  Certiorari denied.

No. 90–1082.  MINNICKS, EXECUTRIX OF THE SUCCESSION OF MISTICH v. MISTICH ET AL.  Ct. App. La., 4th Cir.  Certiorari denied.

No. 90–1085.  GIUFFRIDA v. UNITED STATES.  C. A. 8th Cir.  Certiorari denied.

No. 90–1100.  HELDSTAB v. LISKA ET AL.  C. A. 7th Cir.  Certiorari denied.

No. 90–1103.  BEAUCOUDRAY ET VIR, INDIVIDUALLY AND ON BEHALF OF THEIR MINOR CHILD, KELTY v. GREEN ET AL.  Ct. App. La., 4th Cir.  Certiorari denied.

No. 90–1110.  BRITT v. UNITED STATES.  C. A. 8th Cir.  Certiorari denied.